UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

OXFORD CASINO HOTEL,

777 Casino Way, Oxford, ME 04270,

BB DEVELOPMENT, LLC,

777 Casino Way, Oxford, ME 04270,

CHURCHILL DOWNS INCORPORATED,

600 N. Hurstbourne Parkway, Suite 400,
Louisville, KY 40222,

                    Plaintiffs,

          v.

MILTON F. CHAMPION, in his official
capacity as Executive Director of the Maine
Gambling Control Unit,

45 Commerce Drive, Suite 5, Augusta, ME
04333,

                    Defendant.

Civil Action No.  1:26-cv-00046-LEW

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.2(c), Plaintiffs Oxford Casino Hotel, BB Development, LLC,

and Churchill Downs Incorporated ("Plaintiffs") request that the Court allow the withdrawal of

undersigned counsel, Lochlan F. Shelfer, from this action.  John A. Woodcock III of Pierce

Atwood LLP will remain as counsel for Plaintiffs.

Dated:   January 30, 2026

/s/ *John A. Woodcock III*
John A. Woodcock III
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial St.
Portland, ME 04101
207-791-1100
Jwoodcock@pierceatwood.com


 /s/ *Lochlan F. Shelfer*
Lochlan F. Shelfer
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, DC 20036
Telephone: (202) 955-8500
Email: LShelfer@gibsondunn.com


*Attorney for Plaintiffs*

2