## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

OXFORD CASINO HOTEL,
Et al

*Plaintiffs*,

v.

MILTON F. CHAMPION,

*Defendant*,

and

HOULTON BAND OF MALISEET INDIANS,
MI'KMAQ NATION, PASSAMAQUODDY TRIBE,
AND PENOBSCOT NATION

*Proposed Defendant Intervenors*

Civil Action No.: 1:26-CV-00046-LEW

---

### DECLARATION OF AMKUWIPOSOHEHS BASSETT

I, Amkuwiposohehs Bassett pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an elected Chief of the Passamaquoddy Tribe ("Tribe"), a federally recognized Tribal nation.

2. The Tribe has resided in the lands located within what is now the State of Maine since time immemorial.

3. The Tribe performs core governmental functions and provides essential governmental services to its members. The Tribe supports the delivery of essential services to tribal citizens through a variety of tribal operated departments and programs including a health center, court, police department, social service department, a museum, and a fire department, among others.

1

4. The Tribe also makes community-wide investments aimed at improving socioeconomic conditions across the State. For instance, the Tribe invests significant resources to language preservation, public health initiatives, and supporting workforce development among tribal citizens.

5. Specifically, the economic revenues generated by the Tribe's gaming operations fund these core governmental functions and services and community-wide investments by supporting the creation of a brand-new Passamaquoddy language department, and bolstering the ability of existing tribal operated programs to serve the social services and workforce development related needs of tribal citizens.

6. Maine's "An Act to Create Economic Opportunity for the Wabanaki Nations Through Internet Gaming" represents a culmination of the Passamaquoddy Tribe's multi-year effort to establish long-term economic tribal sovereignty in the state and to strengthen its government.

7. As a result of Maine's "An Act to Create Economic Opportunity for the Wabanaki Nations Through Internet Gaming," the Tribe anticipates its revenue-generating capacity to become more secure, predicable, and stable, thereby ensuring the Tribe's ability to fund the core governmental functions and services and community-wide investments detailed above, and promoting its economic development, self-sufficiency, and tribal government.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Dated:  March 30, 2026                    */s/ Amkuwiposohehs Bassett*
                                          Amkuwiposohehs Bassett

2