**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

OXFORD CASINO HOTEL,
777 Casino Way, Oxford, ME 04270,
BB DEVLEOPMENT, LLC,
777 Casino Way, Oxford, ME 04270,
CHURCHILL DOWNS INCORPORATED,
600 N. Hurstborne Parkway, Suite 400,
Louisville, KY 40222,

*Plaintiffs*,

v.

Civil Action No.: 1:26-CV-00046-LEW

MILTON F. CHAMPION, in his official
Capacity as Executive Director of the Maine
Gambling Control Unit,
45 Commerce Drive, Suite 5, Augusta, ME 04333,

*Defendant*,

and

HOULTON BAND OF MALISEET INDIANS,
MI'KMAQ NATION, PASSAMAQUODDY TRIBE,
AND PENOBSCOT NATION

*Proposed Defendant Intervenors*

---

DECLARATION OF SHEILA MCCORMACK

I, Sheila McCormack pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the duly elected Chief of the Mi'kmaq Nation, a federally recognized Tribal nation.

2. The Mi'kmaq Nation has resided in the lands located within what is now the State of Maine since time immemorial.

1

3. The Mi'kmaq Nation performs core governmental functions and provides essential governmental services to its members. The Mi'kmaq Nation supports the delivery of essential services to tribal citizens through a variety of tribal operated departments and programs including a health department, education department, environmental health department, emergency response and preparedness, child and family services, community support services, cultural programs, among others.

4. The Mi'kmaq Nation also makes community-wide investments aimed at improving socioeconomic conditions across the State. For instance, the Mi'kmaq Nation invests significant resources in education, preserving Tribal culture among citizens, providing youth opportunities for advancement, health and welfare, and public infrastructure.

5. Economic revenues generated by the Mi'kmaq Nation support these core governmental functions and services and these community-wide investments.

6. Maine's "An Act to Create Economic Opportunity for the Wabanaki Nations Through Internet Gaming" represents a culmination of the Mi'kmaq Nation's efforts to establish long-term economic sovereignty in the state and to strengthen its government.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Dated:  March 31, 2026                    */s/ Sheila McCormack*

                                          Sheila McCormack

2