# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

OXFORD CASINO HOTEL,
777 Casino Way, Oxford, ME 04270,
BB DEVLEOPMENT, LLC,
777 Casino Way, Oxford, ME 04270,
CHURCHILL DOWNS INCORPORATED,
600 N. Hurstbourne Parkway, Suite 400,
Louisville, KY 40222,

*Plaintiffs*,

v.

Civil Action No.: 1:26-CV-00046-LEW

MILTON F. CHAMPION, in his official
Capacity as Executive Director of the Maine
Gambling Control Unit,
45 Commerce Drive, Suite 5, Augusta, ME 04333,

*Defendant*,

v.

HOULTON BAND OF MALISEET INDIANS,
MI'KMAQ NATION, PASSAMAQUODDY TRIBE,
AND PENOBSCOT NATION

*Proposed Defendant Intervenors*

---

## DECLARATION OF KIRK E. FRANCIS, SR.

I, Kirk E. Francis, Sr., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the elected Chief of the Penobscot Nation, a federally-recognized Tribal Nation, and have served in this capacity since 2006.

2. The Penobscot Nation and our citizens have resided on the lands located within what is now the State of Maine since time immemorial. The Penobscot Nation is one of the Tribal Nations comprising the historic Wabanaki Confederacy.

3.  As a government, the Penobscot Nation performs core governmental functions and provides essential governmental services for its citizens, which currently includes about 2,400 individuals. Additionally, we provide limited services to descendants of Penobscot Nation citizens and to citizens of other federally-recognized Tribal Nations who live within our federally-recognized service area.  Such services include primary health and dental care, food and nutrition assistance, snow removal, garbage removal, energy assistance, housing assistance, substance abuse and recovery services, daycare, education and career services, cultural activities and language classes.

4.  The Penobscot Nation government currently operates approximately 110 programs, including a housing department, health and dental clinic, natural resources department, education department, social services department, food pantry, fitness center, police department, game wardens, court system, youth program, sober living program, assisted living facility, daycare center, language classes, and historic preservation office.

5.  The Penobscot Nation currently has over 123,000 acres in land holdings.  Our land holdings became scattered after the enactment of a land claim settlement between us, the State of Maine and the federal government in 1980.  Given the non-contiguous nature of our land, our various territories can be a three-hour drive from each other. Additionally, our land base includes about 200 islands located within approximately 80 miles of the Penobscot River, with Indian Island being the seat of our government and largest housing community.

6.  The Penobscot Nation is responsible for funding and building all infrastructure on our lands. This includes roads, sidewalks, a bridge connecting Indian Island to the

mainland, water & sewer infrastructure, government buildings to house our various programs, a gymnasium and fitness center, and museum. Additionally, we supplement a federally-operated school located on our lands that serves early childhood and grades K-8.

7. The Penobscot Nation also makes community-wide investments aimed at improving socioeconomic conditions across the State. The Penobscot Nation government is one of the largest employers in the region, employing approximately 206 individuals. The Nation's government purchases goods and services from numerous local vendors. We support the nearby City of Old Town by contracting with their fire and police departments and water department to provide services and water to Indian Island. We provide nearby towns with access to our community center and gymnasium. Our cultural department provides training to teachers throughout the state on Wabanaki studies. Our education department assists in covering the cost of our citizens and descendants attending college and vocational programs throughout the State, and we partner with the University of Maine system. The Penobscot Nation's operation of approximately 110 government programs relieves the burden from state, county and city governments from having to provide services to the people we serve. Additionally, our Tribal Historic Preservation Office and cultural department work closely with the federal National Park Service on management of the Katahdin Woods & Waters National Monument.

8. The Penobscot Nation relies on federal grant funds and the federal government's trust and treaty responsibility to provide limited funding for certain basic government services to the Penobscot people, including health care, housing and education. The

limited unrestricted economic revenues that the Penobscot Nation generates goes towards supplementing federal funds for core governmental programs, and fully funding programs and services for which the federal government does not provide any funding, such as youth programs, food pantry, daycare services, college and vocational studies, language and cultural activities, among others.

9. As a government, all revenues generated by the Penobscot Nation and our enterprises go back into the general treasury of our government to be used for programs, services, infrastructure and community-wide investments. Being in a rural area, the Penobscot Nation, like other rural governments, struggles to develop economic activities and generate unrestricted (non-grant and non-federal) revenues.

10. Since late 2023, the Penobscot Nation has generated revenues from the operation of online sports wagering via the internet, which was authorized pursuant to state law. Online sports wagering is currently the only form of gaming activities that the Penobscot Nation is involved in. The economic revenues generated from these gaming operations go towards funding some of our government programs and services for which we receive no federal funding. We anticipate that any future revenues generated by our expanded gaming activities conducted pursuant to Maine's "An Act to Create Economic Opportunity for the Wabanaki Nations Through Internet Gaming" will also help fund programs and services for which we receive no federal funds and supplement our other programs and services.

11. Maine's "An Act to Create Economic Opportunity for the Wabanaki Nations Through Internet Gaming" represents a culmination of the Penobscot Nation's efforts to establish long-term economic self-sufficiency and sovereignty in the state and to

strengthen our government functions, programs, services and community-wide benefits.

12. As a result of Maine's "An Act to Create Economic Opportunity for the Wabanaki Nations Through Internet Gaming," the Penobscot Nation anticipates its revenue-generating capacity to become more secure, predictable, and stable, thereby ensuring the Penobscot Nation's ability to fund the core governmental functions and services and community-wide investments detailed above, and promoting our economic development, self-sufficiency, and self-governance. Funds generated from our government gaming activities authorized by this law will help expand services and programs for youth and elders, costs associated with post-high school education and career development, home energy and air quality, substance abuse recovery and sober living, and other essential government programs and services.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

    Dated:   March 31, 2026            */s/ Kirk E. Francis, Sr.*

                                          Kirk E. Francis, Sr.