## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

OXFORD CASINO HOTEL,
BB DEVLEOPMENT, LLC, and
CHURCHILL DOWNS INCORPORATED,

*Plaintiffs*,

v.

Case No.: 1:26-CV-00046-LEW

MILTON F. CHAMPION, in his official
Capacity as Executive Director of the Maine
Gambling Control Unit,

*Defendant*.

---

### DECLARATION OF CLARISSA SABATTIS

I, Clarissa Sabattis, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am the Chief of the Houlton Band of Maliseet Indians ("Houlton Band" or "Maliseet"), a federally recognized Indian nation with approximately 2,000 tribal citizens located in Aroostook County, Maine. We call ourselves Wolastoqewiyik or "People of the Beautiful, Flowing River." The Wolastoq, the River of our name, is also known as the St. John, and is bisected by the international boundary with Canada. I have been the elected Chief of the Houlton Band since 2017.

2.      The Maliseet have resided in the lands located within what is now the State of Maine, including the St. John and Meduxnekeag River watersheds, since time immemorial.

3.      The Houlton Band performs core governmental functions and provides essential services to its citizens including, by way of example, a medical clinic, behavioral health and substance use services, low-income housing, child welfare and elder care programs, Maliseet Tribal Court and Healing to Wellness Court, food distribution, domestic violence and sexual

1

assault services, Head Start and adult education, vocational rehabilitation, emergency management, and natural resources management and protection.

4. The Houlton Band also makes community-wide investments aimed at improving socioeconomic conditions throughout Aroostook County. For example, we secured $18 million in funding for road and bridge improvements (including widening, sidewalks, and lighting) to a state road maintained by the Town of Houlton; worked closely with the Houlton Water Company on water and wastewater infrastructure improvement projects serving both tribal and non-tribal lands; helped secure funding for road improvements and a large culvert replacement to provide access to a major local employer (Tate & Lyle Ingredients) and fish passage on an important tributary of the Meduxnekeag River; and donated a police cruiser to the Town of Houlton and snow rescue equipment for emergency medical services in the Town of Littleton.

5. Economic revenues generated by the Houlton Band support these critical governmental services and infrastructure projects.

6. For decades, the Maliseet, the Mi'kmaq Nation, the Passamaquoddy Tribe, and the Penobscot Indian Nation (the "Wabanaki Nations") were excluded from participating in any of the same gaming activities as other federally recognized Indian tribes. In December 2023, we began offering mobile sports wagering as authorized under state law. We have used the revenues generated by mobile sports wagering to purchase new tribal housing units and improve existing housing units, to fund Boys and Girls Club and elder programming, and to provide child welfare and other social services.

7. In January 2026, An Act to Create Economic Opportunity for the Wabanaki Nations Through Internet Gaming, LD 1164 (the "Economic Opportunity Act"), was enacted into Maine law. This law is crucial to advancing the Houlton Band's efforts to develop independent,

2

long-term revenue sources that are not dependent on federal funding and will enable us to support and expand governmental services for Maliseet families and other community members. It is a result of collaboration between the Wabanaki Nations and state government under our unique jurisdictional relationship to create opportunities that will enable the Nations to share in the economic benefits of gaming.

8. While our Maliseet Tribal Council has not formally determined the purposes to which we will dedicate Internet gaming revenues, I anticipate that we will use these funds to support investments in governmental programs and infrastructure in the same way we have used the economic revenues generated from mobile sports wagering to do so. Most importantly, Internet gaming revenues will provide our tribal government with a more secure, long-term source of revenue that will help us provide essential services and make further investments in community infrastructure.

9. The revenue-generating opportunity provided by the Economic Opportunity Act is vital to the Houlton Band's self-determination and economic self-sufficiency.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Dated:   March 31, 2026

_____/s/ *Clarissa Sabattis*_____
Clarissa Sabattis

3