## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

|  |  |
|---|---|
| OXFORD CASINO HOTEL,<br>BB DEVELOPMENT, LLC, and<br>CHURCHILL DOWNS INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>MILTON F. CHAMPION, in his official<br>capacity as Executive Director of the Maine<br>Gambling Control Unit,<br><br>Defendant,<br><br>HOULTON BAND OF MALISEET<br>INDIANS, MI'KMAQ NATION,<br>PASSAMAQUODDY TRIBE, and<br>PENOBSCOT NATION,<br><br>Intervenor-Defendants. | Case No. 1:26-cv-00046-LEW |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.2(c), Defendant Milton F. Champion, in his official capacity as Executive Director of the Maine Gambling Control Unit, requests that the Court allow the withdrawal of the undersigned counsel, Assistant Attorney General Reid Hayton-Hull, from this action. AAG Hayton-Hull is leaving the Office of the Maine Attorney General effective June 26, 2026. Assistant Attorney General Kimberly L. Patwardhan will remain as counsel for Defendant Champion.

1

DATED:  June 25, 2026          Respectfully submitted,

                               AARON M. FREY
                               Attorney General, State of Maine

                               /s/ Reid Hayton-Hull
                               REID HAYTON-HULL
                               Assistant Attorney General
                               reid.hayton-hull@maine.gov

                               Office of the Maine Attorney General
                               6 State House Station
                               Augusta ME  04333-0006
                               Tel.  (207) 626-8800
                               Fax (207) 287-3145

**CERTIFICATE OF SERVICE**

I, Reid Hayton-Hull, hereby certify that on this, the 25th day of June, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system, and that the same will be set electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

/s/ Reid Hayton-Hull
Reid Hayton-Hull
Assistant Attorney General