**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

OXFORD CASINO HOTEL, *et al.*,
*Plaintiffs*,

v.

MILTON F. CHAMPION,
*Defendant*,

Civil Action No.: 1:26-CV-00046-LEW

and

HOULTON BAND OF MALISEET INDIANS, MI'KMAQ NATION, PASSAMAQUODDY TRIBE, and PENOBSCOT NATION,
*Defendant-Intervenors*.

**THE WABANAKI NATIONS' RESPONSE TO PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE**

Pursuant to the Court's September 23, 2026 order, the Wabanaki Nations submit this response to Oxford Casino's request for a status conference. Oxford requested a status conference "to discuss the impact of potential implementation of An Act to Create Economic Opportunity for the Wabanaki Nations Through Internet Gaming." Pls.' Request for a Status Conference at 1. At the time of Oxford's filing, "the earliest date upon which the iGaming Law could be implemented ha[d] passed," but the State "could not represent a different implementation date to the Court." *Id.* at 2.

The situation has now changed. In the response the State filed today, the State reported that "the iGaming rules will not be effective before November 25, 2026, at the earliest." Def. Milton Champion's Response to Pls.' Request for a Status Conference at 2. The State also stated that it "plans to submit status reports to the Court whenever there are further updates to the rulemaking process." *Id.* at 4. The State has thus provided the update that Oxford sought, and it has represented

that it will continue to provide updates going forward. Given the State's response, the Wabanaki Nations believe a status conference is unnecessary at this time.

Respectfully submitted this 28th day of September, 2026.

/s/ *Leonard R. Powell*

Melissa Hewey
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 253-0528
mhewey@dwmlaw.com

Leonard R. Powell*
NATIVE AMERICAN RIGHTS FUND
950 F Street, NW, Suite 1050
Washington, D.C. 20004
(202) 785-4166
powell@narf.org

Matthew Campbell*
Allison Neswood*
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave.
Boulder, CO 80302
(303) 447-8760
mcampbell@narf.org
neswood@narf.org

**Admitted pro hac vice*

*Counsel for Defendant-Intervenors*