**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

OXFORD CASINO HOTEL,
BB DEVELOPMENT, LLC, and
CHURCHILL DOWNS INCORPORATED,

Plaintiffs,

v.

MILTON F. CHAMPION, in his official capacity as Executive Director of the Maine Gambling Control Unit,

Defendant.

Case No. 1:26-cv-00046-LEW

**DEFENDANT MILTON CHAMPION'S STATUS UPDATE**

Defendant Milton F. Champion, Executive Director of the Maine Gambling Control Unit (GCU), provides this status update to the Court regarding the rules necessary to implement 8 M.R.S. §§ 1401-17, the recently enacted internet gaming law ("iGaming law").

As previously suggested by Director Champion, *see* ECF No. 53 at 2, 4, the GCU revised the rules proposed to implement the iGaming law, and the revisions necessitate further public comment. *See* 5 M.R.S.A. § 8052(5-C) (Pamph. 2026) ("If an agency determines that a rule that the agency intends to adopt is substantively different from the proposed rule, the agency shall request comments from the public concerning the changes from the proposed rule.").

Accordingly, on September 30, 2026, the Maine Secretary of State published a notice of state agency rulemaking by GCU with respect to the iGaming law. Attached hereto as Exhibit 1 is a true and accurate copy of that notice. The current comment deadline for the revised iGaming rules is October 30, 2026. Ex. 1 at 2.

Director Champion will submit its next status report to the Court when there is a further update regarding the rules proposed to implement the iGaming law.

DATED: October 5, 2026

Respectfully submitted,

AARON M. FREY
Attorney General, State of Maine

/s/ Kimberly L. Patwardhan
KIMBERLY L. PATWARDHAN
Assistant Attorney General

Office of the Maine Attorney General
6 State House Station
Augusta ME 04333-0006
Tel. (207) 626-8570
Fax (207) 287-3145
kimberly.patwardhan@maine.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I electronically filed this document and any attachments with the Clerk of the Court using the CM/ECF system, and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED: October 5, 2026

/s/ Kimberly L. Patwardhan
KIMBERLY L. PATWARDHAN
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta ME 04333-0006
Tel. (207) 626-8570
Fax (207) 287-3145
kimberly.patwardhan@maine.gov