**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| OXFORD CASINO HOTEL,<br>BB DEVELOPMENT, LLC, and<br>CHURCHILL DOWNS INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>MILTON F. CHAMPION, in his official capacity as Executive Director of the Maine Gambling Control Unit,<br><br>Defendant. | Case No. 1:26-cv-00046-LEW |

**DEFENDANT MILTON CHAMPION'S SECOND STATUS REPORT**

Defendant Milton F. Champion, Executive Director of the Maine Gambling Control Unit (GCU), provides this status report to the Court regarding the rules necessary to implement 8 M.R.S. §§ 1401-17, the recently enacted internet gaming law ("iGaming law"). *See* ECF No. 53 at 4 (stating "Director Champion plans to submit status reports to the Court whenever there are further updates to the rulemaking process").

On September 30, 2026, the Maine Secretary of State published a notice of state agency rulemaking by GCU with respect to the iGaming law. *See* ECF No. 56-1. The comment deadline for the revised iGaming rules was October 30, 2026. ECF No. 56-1 at 2.

Prior to the close of the comment period, the GCU received a request for a public hearing on the revised iGaming rules. *See* 5 M.R.S.A. § 8052(1) (Pamph. 2026) (requiring agency to hold a public hearing if "requested by any 5 interested persons"). That hearing will take place on November 30th, and the Maine Secretary of State will publish notice of the hearing next week.

After the public hearing occurs, the GCU will accept comments on the revised iGaming rules for at least 10 additional days. *See* 5 M.R.S.A. § 8052(3) (requiring public comments to be accepted "within 10 days after the close of the public hearing, or within such longer time as the agency may direct"). Because of these developments, Director Champion can now represent that the iGaming rules will not be effective before December 31, 2026, at the earliest.

Director Champion will submit its next status report to the Court when there is a further update regarding the rules proposed to implement the iGaming law.

DATED: November 6, 2026

Respectfully submitted,

AARON M. FREY
Attorney General, State of Maine

/s/ Kimberly L. Patwardhan
KIMBERLY L. PATWARDHAN
Assistant Attorney General

Office of the Maine Attorney General
6 State House Station
Augusta ME 04333-0006
Tel. (207) 626-8570
Fax (207) 287-3145
kimberly.patwardhan@maine.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I electronically filed this document and any attachments with the Clerk of the Court using the CM/ECF system, and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

DATED: November 6, 2026

/s/ Kimberly L. Patwardhan

KIMBERLY L. PATWARDHAN
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta ME 04333-0006
Tel. (207) 626-8570
Fax (207) 287-3145
kimberly.patwardhan@maine.gov